DAVID O'CONNELL, Petitioner v. COMMISSIONER OF INTERNAL REVENUE, Respondent
O'Connell v. Commissioner
Docket No. 8660-74.
United States Tax Court
T.C. Memo 1976-172; 1976 Tax Ct. Memo LEXIS 233; 35 T.C.M. (CCH) 773; T.C.M. (RIA) 760172; May 27, 1976, Filed *233 David O'Connell, pro se. Barry J. Laterman, for the respondent. RAUM
MEMORANDUM OPINION RAUM, Judge: The Commissioner determined a deficiency in petitioner's 1973 income tax in the amount of $2,451.76. The basis for the deficiency was stated as follows: A deduction, credit, omission of income, or any other adjustment to income on the Federal tax return as a protest to war or any other project is not provided for in the tax law. Your deduction is being disallowed as non-deductible and income is adjusted accordingly. Petitioner sought review in this Court, alleging as facts only the following: I feel that it is morally objectionable to give financial support to United States global military activities, overt and covert, which are being carried on in the name of peace and national security. The Commissioner filed an answer as well as a motion for judgment on the pleadings. We hold that the motion must be granted. It has been firmly established that the tax laws are not available as a vehicle for successful protest against the activities described by petitioner. Cf. ; ; *234 ; ; (C.A. 9), certiorari denied ; (C.A. 3), certiorari denied ; (C.A. 5) (C.A. 10), certiorari denied ; (D.C.Tenn.), affirmed (C.A. 6), certiorari denied . The motion for judgment on the pleadings will be granted.